IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| QUEST NETTECH CORPORATION | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 2:16-CV-00254-RWS |
| | § | |
| | § | |
| ENTERPLAY, LLC | § | |
| | § | |
| Defendant. | § | **JURY TRIAL REQUESTED** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Quest NetTech Corporation ("Quest") voluntarily dismisses its complaint against Defendant Enterplay, LLC ("Defendant") without prejudice. Plaintiff filed its Original Complaint on March 23, 2016. Quest has not served the Defendant with summons and, therefore, Defendant has not filed or served an answer or a motion for summary judgment. For these reasons, the Defendant should be dismissed without prejudice and without the need for an order of the Court.

Dated: April 11, 2016

Respectfully submitted,


*/s/ Deron R. Dacus*
DERON R. DACUS
State Bar No. 00790553
ddacus@dacusfirm.com
SHANNON DACUS
State Bar No. 00791004
sdacus@dacusfirm.com
PETE KERR
State Bar No. 24076478
pkerr@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX. 75701
903/705-1117

Fax - 903/581-2543

**ATTORNEYS FOR PLAINTIFF QUEST NETTECH CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 11th day of April, 2016.

*/s/ Deron R. Dacus*
DERON R. DACUS